# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Catrina Curry

                        Plaintiff,

v.                                                  Case No.: 1:17−cv−00422
                                                  Honorable Joan B. Gottschall

Scotts Company LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2017:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the plaintiff's notice of voluntary dismissal [25], this case is dismissed with prejudice. The parties shall bear their own costs and fees. The status hearing set for 12/15/17 is stricken. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.